UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEMONGAS ENTERPRISES, INC., *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF BAKERSFIELD, *et al*.<br><br>Defendants. | Case No. 1:23-cv-0404 JLT CDB<br><br>ORDER DISMISSING THE ACTION WITH PREJUDICE |

Previously, the Court ordered the plaintiffs to show cause why the action as to the Bureau of Land Management should not be dismissed (Doc. 21) The Court granted the plaintiffs 14 days to respond. (*Id*) In that order, the Court warned the plaintiffs that their "Failure to comply will result in the Court dismissing the action with prejudice." *Id.* at 3.

Despite this, the plaintiffs have taken no action. The Court understands this to mean that plaintiffs can offer no set of facts to support that the Court has jurisdiction in this matter. Consequently, the Court **ORDERS** that the action is **DISMISSED with prejudice**.

IT IS SO ORDERED.

Dated:   **August 7, 2023**

UNITED STATES DISTRICT JUDGE